Brindee L. Collins
**VIAL FOTHERINGHAM LLP**
6126 W State St Suite 312
Boise, ID 83703
Fax: 208.392.1400
Phone: 208.629.2295
Idaho State Bar No. 9216
Brindee.Collins@vf-law.com
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF IDAHO

| | |
|---|---|
| MR. JEREMY R. MORRIS<br>MRS. KRISTY MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>WEST HAYDEN ESTATES FIRST<br>ADDITION HOMEOWNERS<br>ASSOCIATION, INC., an Idaho Corporation<br><br>Defendant. | **MOTION TO DISMISS**<br><br>Civil No. 2:17-CV-00018-REB |

COMES NOW the Defendant, West Hayden Estates First Addition Homeowners Association, Inc., by and through its attorneys of record, Vial Fotheringham, LLP, and moves the Court to dismiss this matter.

## MOTION

Defendant hereby moves the Court to dismiss the case under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and well as Rule 12(b)(1) of the Idaho Rules of Civil Procedure. An accompanying memorandum supporting the Defendant's Motion is filed herewith.

DATED this 9th day of February, 2017.

By: Brindee L. Collins, ISB #9216
Attorneys for Plaintiff