# Plaintiff's Exhibit 26

# Defendant's Claim re: "hazardous animals"

