Plaintiff's Exhibit 27

VIDEO of illegal firework
show blocking road