# Plaintiff's Exhibit 28

# Multiple Dogs being walked over a 12 month period



