Plaintiff's Exhibit 29

Rainbow Dash Pony



