# Plaintiff's Exhibit 31

# Neighborhood Signs









