# Plaintiff's Exhibit 32

# Woman reading Christmas Program Sign with 3 dogs

<␀> <␀>
