UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEREMY MORRIS and KRISTY MORRIS,<br><br>            Plaintiffs,<br><br>v.<br><br>WEST HAYDEN ESTATES FIRST ADDITION HOMEOWNERS ASSOCIATION, INC.,<br><br>            Defendant. | Case No. 2:17-cv-00018-BLW<br><br>**SPECIAL VERDICT FORM** |

We the jury, find unanimously as follows:

Question 1: *42 U.S.C. § 3604(b) Claim*: Did Mr. and Mrs. Morris prove, by a preponderance of the evidence, that the West Hayden Estates First Addition Homeowners Association intentionally discriminated against Mr. and Mrs. Morris, at least in part due to their religion, ***during the purchase*** of their home at 13111 N. Ferndale Dr., Hayden, Idaho?

    __✓__                            _____
    YES                               NO

Question 2: *42 U.S.C. § 3604(b) Claim*: Did Mr. and Mrs. Morris prove, by a preponderance of the evidence, that the West Hayden Estates First Addition Homeowners Association intentionally discriminated against Mr. and Mrs. Morris, at least in part due to their religion, ***after the purchase*** of their home at 13111 N. Ferndale Dr., Hayden, Idaho?

    __✓__                            _____
    YES                               NO

**SPECIAL VERDICT FORM - 1**

<u>Question 3</u>: *42 U.S.C. § 3604(c) Claim*: Did Mr. and Mrs. Morris prove, by a preponderance of the evidence, that the West Hayden Estates First Addition Homeowners Association's letter dated January 13, 2014 (Exhibit 3005) expressed, in the mind of an ordinary reader, a preference that a non-religious individual purchase Mr. and Mrs. Morris' home at 13111 N. Ferndale Dr., Hayden, Idaho?

    ✓
_____        _____
   YES                 NO

<u>Question 4</u>: *42 U.S.C. § 3617 Claim*: Did Mr. and Mrs. Morris prove, by a preponderance of the evidence, that the West Hayden Estates First Addition Homeowners Association threatened, intimidated, or interfered with Mr. and Mrs. Morris' purchase or enjoyment of their home at 13111 N. Ferndale Dr., Hayden, Idaho?

    ✓
_____        _____
   YES                 NO

<u>Question 4</u>: If you, the jury, answered yes to Questions 1, 2, 3 or 4, what damages, if any, did Mr. and Mrs. Morris prove, by a preponderance of the evidence, that they suffered as a result of the West Hayden Estates First Addition Homeowners Association's violation of 42 U.S.C. § 3604(b), § 3604(c), or § 3617?

Compensatory or Nominal Damages:   $ $60,000

Punitive Damages:                  $ $15,000

After you, the jury, have answered each of the foregoing questions, have your foreperson sign and date the Special Verdict Form and advise the bailiff that you are done.

10/30/2018
_____                                _____
   DATED                                    FOREPERSON

**SPECIAL VERDICT FORM - 2**