Peter J. Smith IV, ISB #6997
Tara Malek, ISB #8709
SMITH + MALEK, PLLC
601 E. Front Avenue, Suite 304
Coeur d'Alene, ID 83814
P.    (208) 215-2411
F.    (208) 215-2416
E:    peter@smithmalek.com
       tara@smithmalek.com

Attorneys for *Defendant West Hayden Estates First Addition Homeowners Association, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEREMY R. MORRIS and KRISTY L. MORRIS,<br><br>Plaintiffs,<br>vs.<br><br>WEST HAYDEN ESTATES FIRST ADDITION HOMEOWNERS ASSOCIATION, INC.,<br><br>Defendant. | CASE NO. 2:17-cv-00018-BLW<br><br>STIPULATION ON BRIEFING SCHEDULE |

The parties stipulate as follows:

1. The Court requested that the parties submit a briefing schedule for:

    a. The motion for judgment notwithstanding the verdict made by Defendant;

    b. Post-trial briefs on Defendant's claim for declaratory relief and request for injunctive relief (violations of the CCRs); and

    c. Post-trial briefs on the Plaintiffs' request for injunctive relief (de-annexation).

2. The parties agree to the following briefing schedule subject to approval by the Court:

STIPULATION ON BRIEFING SCHEDULE: 1

a. Plaintiffs and Defendant simultaneously submit briefs on the claims for declaratory and injunctive relief on or before 11:59 PM PDT Friday, December 7, 2018.

b. Defendant submits a brief on its motion for a judgment notwithstanding the verdict on or before 11:59 PM PDT, Friday, December 7, 2018.

c. Plaintiffs and Defendant simultaneously submit responsive briefs on the claims for declaratory and injunctive relief on or before 11:59 PM PDT, Friday, December 21, 2018.

d. Plaintiffs submit a responsive brief to the motion for a judgment notwithstanding the verdict on or before 11:59 PM PDT, Friday, December 21, 2018.

e. Defendant submits a reply to Plaintiffs' responsive brief on the motion for a verdict notwithstanding the verdict on or before 11:59 PM PDT, Friday, December 28, 2018.

3. Upon filing of the briefs set forth above, the case will be fully submitted.

So stipulated this 7th day of November, 2018.

SMITH + MALEK, PLLC

*/s/ Peter J. Smith IV*
PETER J. SMITH IV
Attorneys for Defendant/Counterclaimant

FOWLER ST. CLAIR

*/s/ Brad Miller*
BRAD MILLER
Attorneys for Plaintiff

STIPULATION ON BRIEFING SCHEDULE: 2

        */s/ Jeremy Morris*
        JEREMY MORRIS
        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of November, 2018, I filed the foregoing with the Clerk of the Court electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jeremy Morris: jrmorris81@icloud.com
Kristy L. Morris: jrmorris81@icloud.com
Brian Locker: docket@fowlerstclair.com
Brad Miller: docket@fowlerstclair.com

        */s/ Peter J. Smith IV*
        PETER J. SMITH IV

STIPULATION ON BRIEFING SCHEDULE: 3