UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEREMY R. MORRIS and KRISTY L. MORRIS,<br><br>           Plaintiffs,<br>vs.<br><br>WEST HAYDEN ESTATES FIRST ADDITION HOMEOWNERS ASSOCIATION, INC.,<br><br>           Defendant. | Case No. 2:17-cv-00018-BLW<br><br>ORDER ON BRIEFING SCHEDULE |

THIS MATTER having come before the Court on the parties' Stipulation on Briefing Schedule (Dkt. 104), and the Court being fully apprised, orders as follows,

IT IS HEREBY ORDERED:

1. Plaintiffs and Defendant will simultaneously submit briefs on the claims for declaratory and injunctive relief on or before 11:59 PM PDT Friday, December 7, 2018.

2. Defendant will submit a brief on its motion for a judgment notwithstanding the verdict on or before 11:59 PM PDT, Friday, December 7, 2018.

3. Plaintiffs and Defendant will simultaneously submit responsive briefs on the claims for declaratory and injunctive relief on or before 11:59 PM PDT, Friday, December 21, 2018.

4. Plaintiffs will submit a responsive brief to the motion for a judgment notwithstanding the verdict on or before 11:59 PM PDT, Friday, December 21, 2018.

ORDER ON BRIEFING SCHEDULE: 1

5. Defendant will submit a reply to Plaintiffs' responsive brief on the motion for a verdict notwithstanding the verdict on or before 11:59 PM PDT, Friday, December 28, 2018.

6. Upon filing of the briefs set forth above, the case will be fully submitted.

DATED: November 13, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER ON BRIEFING SCHEDULE: 2